# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JASON SMITH,**

  **Plaintiff,**          **Case No.: 2019-CA-001966**

**vs.**

**PAMELA R. BARKLEY**

  **Defendant.**

_____/

## DEFENDANT PAMELA R. BARKLEY'S NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Middle District of Florida, ORLANDO Division:

The Removing Defendant, Pamela R. Barkley (hereinafter "Defendant"), by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§1441 & 1446, Fed. R. Civ. P. 81 and Middle District Local Rule 4.02, and hereby removes this State Court action, which has been pending as Case No.: 2019-CA-001966, in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida ("Action") to the United States District Court for the Middle District of Florida, Orlando Division. In support of this notice, the Defendant states as follows:

### Background

1. The Plaintiff, JASON SMITH (hereinafter "Plaintiff"), a resident of Clark County, Ohio, has filed a Complaint in the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida. Per the Complaint, the Plaintiff was at all times material hereto a resident of Clark County, Ohio.

2.   The Defendant is a resident of Seminole County, Florida. Per the Complaint, the Defendant was at all times material hereto a resident of Seminole County, Florida.

### Citizenship

3.   The Plaintiff is a citizen of and domiciled in the State of Ohio:

    a.   The Plaintiff's Complaint (See Exhibit "A") states that, "At all material times hereto, Plaintiff, JASON SMITH, is a resident of Clark County, Ohio."

    b.   The Plaintiff's Verified Answer to Defendant's Interrogatory Number 3 (See Exhibit "B") states that the Plaintiff's last three (3) residences are as follows:

        1.   1616 Baker Road, Lot 2, Springfield, Ohio 45504

        2.   481 East Second Street, Xenia, Ohio 45385

        3.   393 West Second Street, Xenia, Ohio 45385

4.   The Defendant is a citizen of and domiciled in the State of Florida:

    a.   The Plaintiff's Complaint states that, "At all material times hereto, Defendant, PAMELA R. BARKLEY, is a resident of Seminole County, Florida." (Exhibit "A").

    b.   The Defendant's Answer to Plaintiff's Interrogatory Number 1 (See Exhibit "C") states that she is currently domiciled at either 701 Blacksmith Run Drive, Hendersonville, North Carolina 28792, or 176 Franklin Road, Lake Mary, Florida 32746, depending on the time of year.

5.   This United States District Court has jurisdiction of this matter pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1367. Generally, a removing defendant bears the burden of proving proper federal jurisdiction. Williams v. LM Gen. Ins. Co., 387 F. Supp. 3d 1366, 1368 (M.D. Fla. 2019). In determining the amount in controversy, the relevant question is whether the plaintiff *seeks*

damages in excess of the jurisdictional limit and not whether the plaintiff will *actually* recover damages in excess of the jurisdictional limit. Id. at 1369. In the present case, the amount in controversy in this matter is well in excess of $75,000.00. In support thereof, the Defendant has attached Plaintiff's Notice of Proposal for Settlement and Proposal for Settlement (See Exhibit "D"), which was filed by the Plaintiff and served upon the Defendant on October 1, 2019 (hereinafter "Plaintiff's PFS"), wherein the Plaintiff proposes to settle for one million dollars ($1,000,000.00). Accordingly, the amount in controversy requirement is satisfied for purposes of removal.

6.    Additional documentation in support of the amount in controversy is available, including medical records and bills, should this Court require same. Notwithstanding, it is clear from the Plaintiff's PFS and other records in this case that the sought value of the Plaintiff's claim is well in excess of the requisite amount in controversy.

7.    Notice Given: The Defendant filed a Notice of Removal with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida (See Exhibit "E"). See 28 U.S.C. §1146(d).

8.    Removal is Timely: The Complaint in this matter was filed on June 20, 2019 (Exhibit "A"). The Defendant was served process on June 24, 2019. That said, the Defendant did not have notice that the amount in controversy was in excess of the $75,000.00 threshold until the Plaintiff's PFS was filed and served on October 1, 2019. This Court's Removal Jurisdiction is based upon diversity pursuant to 28 U.S.C. §1332. The amount in controversy is in excess of $75,000.00 and satisfies 28 U.S.C. §1332(a). Accordingly, this Notice of Removal is proper and timely filed within the thirty (30) days allotted for removal by 28 U.S.C. §1446(b)(3).

9.    Pleadings in Process: Under 28 U.S.C. §1446(a), the Defendant is required to attach to this notice "a copy of all process, pleadings, and orders served upon them." The attached Composite Exhibit "E" contains all such process, pleadings, and orders served in this cause of action, which includes the Complaint.

10.    Consent: The Defendant, PAMELA R. BARKLEY, consents to removal.

WHEREFORE, the Defendant, PAMELA R. BARKLEY, hereby removes this case from the Fifth Judicial Circuit, in and for Sumter County, Florida, to this United States District Court and pray that this Court effectuate this Removal, pursuant to law.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed online with the Middle District of Florida, Tampa Division, with copies being furnished to **W. Clay Mitchell, Jr., Esq., Morgan & Morgan,** (cmitchell@forthepeople.com) ; (daliarivera@forthepeople.com)this 28th day of October, 2019.

MANDELBAUM, FITZSIMMONS, HEWITT
& CAIN, P.A.

/s/ John N. Cain

JOHN N. CAIN JR., ESQ., FBN: 0753181
NICOLAS E. FERREIRO, ESQ., FBN: 1017986
Post Office Box 3373
Tampa, Florida 33601
Telephone: (813) 221-0200
Fax: (813) 221-8558
Primary Service Email: jnc@manfitzlaw.com
Secondary Service Emails: nef@manfitzlaw.com;
ecu@manfitzlaw.com
*Attorneys for Defendant BARKLEY*